FILED

Feb 19 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )    Criminal Case No. 08cr414-LAB
                                )
            Plaintiff,          )    I N F O R M A T I O N
                                )
     v.                         )    Title 8, U.S.C., Sec. 1325 -
                                )    Illegal Entry (Misdemeanor);
JOSE FRANCISCO                  )    Title 8, U.S.C., Sec. 1325 -
     MARTINEZ-MARTINEZ,         )    Illegal Entry (Felony);
                                )    Title 8, U.S.C., Sec. 1325 -
            Defendant.          )    Illegal Entry (Felony)
                                )
_____)

     The United States Attorney charges:

                         Count 1

     On or about _May 2005_____, within the Southern

District of California, defendant JOSE FRANCISCO MARTINEZ-MARTINEZ,

being an alien, unlawfully entered or attempted to enter the United

States at a time and place other than as designated by immigration

officers, and eluded examination and inspection by immigration

officers, and attempted to enter or obtained entry to the United

States by a willfully false or misleading representation or the

willful concealment of a material fact; in violation of Title 8,

United States Code, Section 1325, a misdemeanor.

//

//

JDM:rp:San Diego
2/1/08

1

Count 2

2    On or about _Feb. 2006_ , within the Southern

3 District of California, defendant JOSE FRANCISCO MARTINEZ-MARTINEZ,

4 being an alien, unlawfully entered or attempted to enter the United

5 States at a time and place other than as designated by immigration

6 officers, and eluded examination and inspection by immigration

7 officers, and attempted to enter or obtained entry to the United

8 States by a willfully false or misleading representation or the

9 willful concealment of a material fact and previously committed the

10 offense of illegal entry, as alleged in Count 1; all in violation of

11 Title 8, United States Code, Section 1325, a felony.

12

Count 3

13    On or about January 21, 2008, within the Southern District of

14 California, defendant JOSE FRANCISCO MARTINEZ-MARTINEZ, being an

15 alien, unlawfully entered or attempted to enter the United States at

16 a time and place other than as designated by immigration officers, and

17 eluded examination and inspection by immigration officers, and

18 attempted to enter or obtained entry to the United States by a

19 willfully false or misleading representation or the willful

20 concealment of a material fact and previously committed the offense

21 of illegal entry, as alleged in Count 1; all in violation of Title 8,

22 United States Code, Section 1325, a felony.

23

24    DATED: _2/19/08_ .

25                                     KAREN P. HEWITT
                                       United States Attorney
26

27                                     _[signature]_

28                                     FOR JEFFREY D. MOORE
                                       Assistant U.S. Attorney

2